1 | Greg Smith
David Berten
2 | Rhett Dennerline
**COMPETITION LAW GROUP LLC**
3 | 55 West Monroe, Suite 1930
Chicago, Illinois 60603
4 | Telephone:   (312) 629-1900
Facsimile:   (312) 629-1988
5 |
Local Counsel:
6 |
Gregory S. Markow (SBN 216748)
7 | **HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP**
600 West Broadway, Eighth Floor
8 | San Diego, California 92101
Tel: (619) 239-3444
9 | Fax: (619) 232-6828

10  Attorneys for Plaintiff, DATAQUILL LIMITED, a British Virgin Islands Company

FILED

2007 JUN −8  PM 3: 15

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATAQUILL LIMITED,<br><br>                    **Plaintiff,**<br><br>v.<br><br>**NOKIA CORPORATION,**<br><br>                    **Defendant.** | Case No. '07 CV 1055 L   BLM<br><br>**COMPLAINT FOR PATENT INFRINGEMENT** |

1.    This is an action for patent infringement arising under 35 U.S.C. § 271. This Court has exclusive subject matter jurisdiction under 28 U.S.C. §§ 1331 (federal question) and 1338(a) (patent).

2.    Plaintiff DataQuill Limited is a limited company organized under the laws of the British Virgin Islands. DataQuill owns an exclusive right, title and interest in United States Patent No. 6,058,304, entitled "Data Entry System," issued May 2, 2000; and United States Patent No. 7,139,591, entitled "Hand Held Telecommunications and Data Entry Device," issued November 21, 2006 (collectively referred to herein as "the patents in suit"). DataQuill has standing herein to sue for infringement of the patents in suit.

///

ORIGINAL

1

3.    Defendant Nokia Corporation is a corporation organized under the laws of the Republic of Finland, with executive offices in Espoo, Finland.

4.    Nokia has a research and development facility, called the Nokia Research Center, located in San Diego, California.  The Nokia Research Center has a specific focus on what Nokia refers to as its "Broad Appeal" mobile phone products.

5.    Nokia also is involved in patent litigation in the Southern District of California, against Qualcomm Inc.

6.    On information and belief, after reasonable opportunity for further discovery, the evidence will likely support that Nokia, through employees and/or agents, imports, offers for sale, and sells in the United States, and in this judicial district, devices alleged herein to infringe claims of the patents in suit.

7.    This Court has personal jurisdiction over Nokia because Nokia has established minimum contacts with the forum, at least as alleged above in Paragraphs 4 – 6, and the exercise of jurisdiction over Nokia would not offend traditional notions of fair play and substantial justice.

8.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391(d) because Nokia is an alien that may be sued in any district, and because of its contacts with this judicial district as alleged above in Paragraphs 4 – 6.

9.    On information and belief, after reasonable opportunity for further discovery, the evidence will likely support that Nokia, for instance through its employees and/or agents, have infringed and continue to infringe directly, by inducement, and/or contributorily, at least one claim of each of the patents in suit, for example, by acts concerning making, having made, using, selling, and/or offering to sell, and/or importing certain mobile handset products including, for example, at least Nokia's E62, and 6102 series devices.

10.    DataQuill's allegation of infringement herein does not include at least claims 43, 54, 61 and 62 of the '304 patent.

11.    On information and belief, after reasonable opportunity for further discovery, the evidence will likely support that Nokia has continued its infringement despite having notice of the patents in suit, and has committed and is committing willful patent infringement.

1    12.  Nokia's infringement has caused monetary damage and irreparable injury to DataQuill.

2    Unless and until Nokia's infringement is enjoined by this Court, it will continue to cause monetary

3    damage and irreparable injury to DataQuill.

4                                  **PRAYER FOR RELIEF**

5       WHEREFORE, Plaintiff DataQuill respectfully requests that this Court enter judgment

6    against Defendant Nokia, granting the following relief:

7       a.    Award damages adequate to fully compensate DataQuill for the infringement that has

8             occurred, including prejudgment and post-judgment interest;

9       b.    Award enhanced damages as permitted pursuant to 35 U.S.C. § 284;

10      c.    Award attorneys' fees and expenses based on this being an exceptional case pursuant

11            to 35 U.S.C. § 285;

12      d.    Permanently  enjoin  Nokia,  its  customers,  and  all  those  acting  in  concert  or

13            participation with them from further acts of infringement; and

14      e.    Award such other and further relief as is allowed or just.

15                                  **JURY DEMAND**

16      DataQuill demands trial by jury on all issues so triable in this action.

17   Dated:     June 8, 2007              **RESPECTFULLY SUBMITTED,**

18                                        **HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP**

19

20                                        By: _____

21                                             Gregory S. Markow
                                             Attorneys for Plaintiff, DATAQUILL, LIMITED

22

23

24

25

26

27

28   328985_1

ORIGINAL

COMPLAINT FOR PATENT INFRINGEMENT

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**2007 JUN -8  PM 3: 15**

**CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

_____ DEPUTY

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| DATAQUILL LIMITED | NOKIA CORPORATION |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Gregory S. Markow (SBN 216748)<br>Hecht Solberg Robinson Goldberg & Bagley LLP<br>600 W. Broadway, 8th Floor<br>San Diego, CA 92101       619-239-3444 | **'07 CV 1055 L        BLM** |

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- 1 U.S. Government Plaintiff
- X 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)**
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

PATENT INFRINGEMENT   35 U.S.C. 271

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury-Medical Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment &Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 640 RR & Truck | 830 Patent X | 460 Deportation |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | **SOCIAL SECURITY** | 810 Selective Service |
| 153Recovery of Overpayment of Veterans Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | 861 HIA (13958) | 850 Securities/Commodities Exchange |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | **LABOR** | 862 Black Lung (923) | 875 Customer Challenge 12 USC |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | 530 General | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 535 Death Penalty | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Tort to Land | 444 Welfare | 540 Mandamus & Other | | | 950 Constitutionality of State |
| 245 Tort Product Liability | 440 Other Civil Rights | 550 Civil Rights | | | 890 Other Statutory Actions |
| 290 All Other Real Property | | 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

X 1 Original Proceeding   2 Removal from State Court   3 Remanded from Appellate Court   4 Reinstated or Reopened   5 Transferred from another district (specify)   6 Multidistrict Litigation   7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: X YES  NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE _____   Docket Number _____

| DATE   June 8, 2007 | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| | Gregory S. Markow<br>Attorneys for Plaintiff |

PAID $350 - 6/8/07  BH  RCPT # 132-TT 139165

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

# ORIGINAL

### INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should completed the form as follows:

I.(a) Plaintiffs - Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giveing both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved).

(c) Attorneys. Enter firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place the "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, it officers or agencies, place an X in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause.

V. Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action , in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

VI. Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision.

VII. Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. Related Cases. This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.
(rev. 07/89)

# ORIGINAL

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

## # 139165   — BH
## * * C O P Y * *
## June 08, 2007
## 15:18:26

## Civ Fil Non-Pris
USAO #.: 07CV1055 CIV. FIL.
Judge..: M. JAMES LORENZ
Amount.:                    $350.00 CK
Check#.: BC# 6174

## Total—> $350.00

FROM: DATAQUILL V. NOKIA
      CIVIL FILING